**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.  **CV 21-339-JFW(MRWx)** | Date: February 1, 2021 |

Title:      Oxnard Bootcamp LLC, et al. *-v-* County of Ventura, et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     ORDER STRIKING NOTICE OF REMOVAL BY UNITED STATES OF AMERICA [28 U.S.C. § 1442(a)(1)] [filed 1/29/21; Docket No. 10]

    On January 13, 2021, Plaintiffs Oxnard Bootcamp LLC ("Bootcamp") and John Franko ("Franko") (collectively, "Plaintiffs") filed a Complaint for Injunctive and Declaratory Relief ("Complaint") against the County of Ventura (the "County") and Robert Levin, M.D., in his capacity as Health Officer for Ventura County, ("Levin") (collectively, "Defendants"). Plaintiffs also filed an Application for Temporary Restraining Order, and Issuance of Order to Show Cause Re: Preliminary Injunction ("Application"). Because Plaintiffs never served the Application on Defendants or complied with paragraph 8 of the Court's Standing Order regarding Temporary Restraining Orders and Injunctions (filed January 14, 2021 (Docket No. 8)), the Court has not ruled on the Application.

    Prior to Plaintiffs filing their Complaint in this Court, on January 8, 2021, the County and Levin, in his capacity as Health Officer of Ventura County, filed a Verified Complaint for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction for Violation of Health Orders and For Public Nuisance ("Verified Complaint") against Bootcamp, Franko, and The Muller Company ("Muller"), in Case No. 56-2021-00549349-CU-MC-VTA (the "County of Ventura Action").

    On January 14, 2021, the court in the County of Ventura Action held a hearing on the County's Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Issuance of Preliminary Injunction. After denying Ronda Baldwin-Kennedy's challenges to Judge Mark Borrell, the court ruled as follows:

    Petitioner's TRO is DENIED without prejudice to petitioner renewing the application based on subsequently obtained evidence after today's hearing. Additionally, the

court will grant an Order to Show Cause and sets the following hearing:

Order To Show Cause (CLM) re Preliminary Injunction is scheduled for 02/10/2021 at 8:20 AM in Department 40.

Attachment 3 to the Notice of Removal (Docket No. 10-1), pp. 72-74.

On January 29, 2021, in this action, Plaintiffs attempted to remove the County of Ventura Action, Case No. 56-2021-00549349-CU-MC-VTA, by filing a "Notice of Removal United States of America [28 U.S.C. § 1442(a)(1)]" ("Notice of Removal").  Docket No. 10-1.  However, the Notice of Removal is procedurally and substantively improper.  Plaintiffs' Notice of Removal is improper because a case-initiating document, including a notice of removal, may not be filed into an existing action and requires payment of the appropriate filing fee.  In addition, Plaintiffs have failed to demonstrate that this Court has subject matter jurisdiction over the County of Ventura Action.  Although Plaintiffs allege in the Notice of Removal that this Court has jurisdiction pursuant to 28 U.S.C. § 1331, the Verified Complaint in the Ventura County Action only alleges two state law claims: (1) violation of California Health Orders; and (2) public nuisance.  Accordingly, there is no federal question jurisdiction presented by the County of Ventura Action.  Moreover, Plaintiffs' attempt to remove the County of Ventura Action to this Court is obviously a classic case of forum shopping in order to avoid the prior rulings of the Ventura County Superior Court.

For all of these reasons, Plaintiffs' Notice of Removal is **STRICKEN**.  Plaintiffs' counsel shall serve a copy of this Order on the Ventura County Superior Court and counsel in the County of Ventura Action and file a Proof of Service by February 3, 2021.  Finally, the Court warns Plaintiffs and their counsel that the Court will not hesitate to award attorneys' fees to the County for any future frivolous attempts to remove the County of Ventura Action to this Court.

IT IS SO ORDERED.